

# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557-5600
Fax: (619) 702-9900

John Morrill, Clerk of Court,
Clerk of Court

**14  3412**

June 10, 2014

Clerk, U.S. District Court
District of Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

Re: Natalie Dowell, et al. v. General Information Services, Inc., et al., Case No. 3:13-cv-02581-L-BGS

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are electronically transmitting herewith our entire original file.

>Sincerely yours,
>
>John Morrill, Clerk of Court,
>Clerk of the Court
>
>By: s/ S. Tweedle, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

PBT    Transfer from the SD of CA → 6/10/14    14-a.3412

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: _San Diego, CA_

Address of Defendant: _California_

Place of Accident, Incident or Transaction: _____
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐  No☒

Does this case involve multidistrict litigation possibilities?    Yes☐  No☒
RELATED CASE, IF ANY:
Case Number: _10 cv 6850_  Judge _PBT_  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐  No☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐  No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐  No☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐  No☐

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases*:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
   (Please specify) _____

B. *Diversity Jurisdiction Cases*:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, _____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: _____    _____    _____
              Attorney-at-Law         Attorney I.D.#

JUN 1 0 2014

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _6/10/14_    _Steve Torres_    _Deputy Clerk_
              Attorney-at-Law              Attorney I.D.#

CIV. 609 (5/2012)

**PBT**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

Natalie Dowell, Lee Clark, and Leo Kidd, individually and on behalf of all others similarly situated,                                CIVIL ACTION

v.

General Information Services, Inc., et al.    14    3412

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.                          ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.                                                                   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court. (See reverse side of this form for a detailed explanation of special
management cases.)                                                                      ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.       (X)

6/10/14                    Steve Tomas                      Deputy Clerk
Date                       Attorney-at-law                  Attorney for

Telephone                  FAX Number                       E-Mail Address

(Civ. 660) 10/02

**JUN 1 0 2014**

CLOSED,STAYED

## U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:13-cv-02581-L-BGS

Dowell et al v. General Information Services, Inc. et al
Assigned to: Judge M. James Lorenz
Referred to: Magistrate Judge Bernard G. Skomal
Case in other court: S.D.C.S.C. - Central Division, 37-02013-00046573
Cause: 28:1446 Petition for Removal

Date Filed: 10/25/2013
Date Terminated: 06/10/2014
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Natalie Dowell**
*individually and on behalf of themselves and all others similarly situated*

represented by **Cynthia B Chapman**
Coddell and Chapman
1331 Lamar Street
Suite 1070
Houston, TX 77010-3027
(713)751-0400
Fax: (713)751-0906
Email: cbc@caddellchapman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devin H. Fok**
The Law Offices of Devin H. Fok
P.O. Box 7165
Alhambra, CA 91802-7165
(310) 430-9933
Fax: (323) 563-3445
Email: devin@devinfoklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Caddell**
Caddell and Chapman
1331 Lamar
Suite 1070
Houston, TX 77010-3027
(713) 751-0400
Fax: (713) 751-0906
Email: mac@caddellchapman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lee Clark**

represented by **Cynthia B Chapman**

*individually and on behalf of themselves
and all others similarly situated*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devin H. Fok**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Caddell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leo Kidd**
*individually and on behalf of themselves
and all others similarly situated*

represented by **Cynthia B Chapman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devin H. Fok**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Caddell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

**United States of America**

represented by **Ann F. Entwistle**
United States Department of Justice
450 Fifth Street NW
Room 6231
Washington, DC 20530
(202)305-3630
Fax: (202)514-8742
Email: Ann.F.Entwistle@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**General Information Services, Inc.**
*a foreign corporation doing business in*

represented by **Gary J Lorch**
Gordon & Rees LLP

*California*

633 West Fifth Street
Suite 4900
Los Angeles, CA 90071
(213)576-5000
Fax: (213)680-4470
Email: glorch@gordonrees.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cindy D Hanson**
Kilpatrick Townsend & Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
(404)815-6500
Fax: (404) 815-6555
Email: chanson@ktslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John P. Jett**
Kilpatrick Townsend & Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
(404) 815-6500
Fax: (404) 815-6555
Email: jjett@ktslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard D. Dietz**
Kilpatrick Townsend & Stockton
1001 West Fourth Street
Winston-Salem, NC 27101
(336) 607-7300
Email: rdietz@ktslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ross D Andre**
Kilpatrick Townsend & Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
(404) 815-6500
Fax: (404) 815-6555
Email: randre@ktslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1-10 inclusive**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2013 | 1 | NOTICE OF REMOVAL with Jury Demand from S.D.C.S.C. - Central Division, case number 37-2013-00046573-CU-OE-CTL (filing fee $400 receipt number 0974-6434766), filed by General Information Services, Inc. (t/w Complaint in Removal). (Attachments: # 1 Exhibit A - State Court Documents, # 2 Exhibit B, # 3 Proof of Service, # 4 Civil Case Cover Sheet).<br><br>The new case number is 3:13-cv-2581-L-BGS. Judge M. James Lorenz and Magistrate Judge Bernard G. Skomal are assigned to the case. (Lorch, Gary) (dls) (ATTNY MAINT) (cap). (Entered: 10/25/2013) |
| 10/25/2013 | 2 | Corporate Disclosure Statement by General Information Services, Inc. (dls) (cap). (Entered: 10/25/2013) |
| 10/29/2013 | 3 | **DOCUMENT STRICKEN PER ORDER 4 ** Joint MOTION for Extension of Time to File Answer re 1 Notice of Removal,, *(Respond to Plaintiffs' First Amended Colmplaint)* by General Information Services, Inc.. (Lorch, Gary) (Main Document 3 replaced on 10/30/2013) (sjt). Modified to Strike on 10/30/2013 (sjt). (Entered: 10/29/2013) |
| 10/30/2013 | 4 | Notice of Document Discrepancies and Order Thereon by Judge M. James Lorenz: Rejecting Document, from Defendant General Information Servics, Inc., re 3 Joint MOTION for Extension of Time to File Answer re 1 Notice of Removal *(Respond to Plaintiffs' First Amended Colmplaint)*. Non-compliance with local rule(s), ECF 2(f): Joint motion missing signature certification. IT IS HEREBY ORDERED: The document is rejected. It is ordered that the Clerk STRIKE the document from the record, and serve a copy of this order on all parties. Signed by Judge M. James Lorenz on 10/30/2013.(sjt) (Entered: 10/30/2013) |
| 10/30/2013 | 5 | Joint MOTION for Extension of Time to File Answer re 4 Notice of Document Discrepancies (White Discrepancy),, *(to First Amended Complaint)* by General Information Services, Inc.. (Lorch, Gary) (sjt). (Entered: 10/30/2013) |
| 11/04/2013 | 6 | ORDER granting 5 Joint Motion for Extension of Time to Respond. General Information Services, Inc. answer due 11/15/2013.. Signed by Judge M. James Lorenz on 11/04/13. (jpp) (av1). (Entered: 11/04/2013) |
| 11/15/2013 | 7 | MOTION to Dismiss *with Prejudice Count I of the First Amended Complaint* by General Information Services, Inc.. (Attachments: # 1 Memo of Points and Authorities, # 2 Exhibit A, # 3 Proof of Service)(Lorch, Gary) (sjt). (Entered: 11/15/2013) |
| 11/15/2013 | 8 | NOTICE by General Information Services, Inc. re 7 MOTION to Dismiss *with Prejudice Count I of the First Amended Complaint* (Lorch, Gary) (sjt). (Entered: 11/15/2013) |
| | | |

| | | |
|---|---|---|
| 11/15/2013 | 9 | REQUEST FOR JUDICIAL NOTICE by General Information Services, Inc. re 7 MOTION to Dismiss *with Prejudice Count I of the First Amended Complaint* (Attachments: # 1 Exhibit A, # 2 Proof of Service)(Lorch, Gary) (sjt). (Entered: 11/15/2013) |
| 11/15/2013 | 10 | Affidavit of Service by General Information Services, Inc. re 8 Notice , 7 MOTION to Dismiss *with Prejudice Count I of the First Amended Complaint*, 9 Request for Judicial Notice, (Lorch, Gary) Modified on 11/18/2013 (sjt). (Entered: 11/15/2013) |
| 11/26/2013 | 11 | PRO HAC VICE APPOINTED: Ross D Andre appearing for Defendant General Information Services, Inc., Receipt # 57159. (jao) (Entered: 11/26/2013) |
| 11/26/2013 | 12 | PRO HAC VICE APPOINTED: Richard D. Dietz appearing for Defendant General Information Services, Inc., Receipt # 57163. (jao) (Entered: 11/26/2013) |
| 11/26/2013 | 13 | PRO HAC VICE APPOINTED: Cindy D Hanson appearing for Defendant General Information Services, Inc., Receipt # 57160. (jao) (Entered: 11/26/2013) |
| 12/02/2013 | 14 | PRO HAC VICE APPOINTED: John P. Jett appearing for Defendant General Information Services, Inc., Receipt # 57378. (jao) (Entered: 12/02/2013) |
| 12/03/2013 | 15 | CERTIFICATE OF SERVICE by General Information Services, Inc. re 8 Notice (Other), 7 MOTION to Dismiss *with Prejudice Count I of the First Amended Complaint*, 10 Notice (Other), 9 Request for Judicial Notice *(by Certified and Registered Mail on the Attorney General- return receipts attached)* (Attachments: # 1 Exhibit A, # 2 Proof of Service)(Lorch, Gary) (sjt). (Entered: 12/03/2013) |
| 12/04/2013 | 16 | **DOCUMENT STRICKEN PER ORDER 17 ** Joint MOTION to Continue *Hearing on Defendant's Motion to Dismiss and Setting Briefing Schedule* by Lee Clark. (Fok, Devin) (sjt). (Main Document 16 replaced on 12/6/2013) (sjt). Modified to Strike on 12/6/2013 (sjt). (Entered: 12/04/2013) |
| 12/05/2013 | 17 | Notice of Document Discrepancies and Order Thereon by Judge M. James Lorenz: Rejecting Document, from Plaintiff Lee Clark, re 16 Joint MOTION to Continue *Hearing on Defendant's Motion to Dismiss and Setting Briefing Schedule*. Non-compliance with local rule(s), ECF 2(g): Multiple pleadings in one docket entry not separated out as attachments, ECF 2(f): Lacking proper signature. IT IS HEREBY ORDERED: The document is rejected. It is ordered that the Clerk STRIKE the document from the record, and serve a copy of this order on all parties. Signed by Judge M. James Lorenz on 12/5/2013.(sjt) (Entered: 12/06/2013) |
| 12/06/2013 | 18 | MOTION to Intervene by United States of America. (Attachments: # 1 Memo of Points and Authorities, # 2 Proof of Service)(Entwistle, Ann)Attorney Ann F. Entwistle added to party United States of America(pty:intv) (sjt). (Entered: 12/06/2013) |
| 12/09/2013 | 19 | Joint MOTION to Continue *Hearing Date on Defendant's Motion to Dismiss* |

|            |    | *and Setting Briefing Schedule* by Natalie Dowell. (Fok, Devin) (sjt). (Entered: 12/09/2013) |
|------------|----|---|
| 12/09/2013 | 20 | Amended Proof of Service re: 19 Joint MOTION to Continue Hearing Date on Defendant's Motion to Dismiss and Setting Briefing Schedule by Natalie Dowell(Attachments: # 1 Exhibit Joint Motion to Continue Hearing Date et al.) (Fok, Devin) Modified to correct filing on 12/10/2013 (sjt). (Entered: 12/09/2013) |
| 12/10/2013 | 21 | Notice of Document Discrepancies and Order Thereon by Judge M. James Lorenz: Accepting Document, from Plaintiff Lee Clark, re 20 Amended MOTION to Continue *Joint Hearing Date on Defendant's Motion to Dismiss and Setting Briefing Schedule*. Non-compliance with local rule(s), ECF 2(f): Proof of service not signed. IT IS HEREBY ORDERED: The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. Signed by Judge M. James Lorenz on 12/9/2013.(sjt) (Entered: 12/10/2013) |
| 12/13/2013 | 22 | ORDER granting 19 Joint Motion to Continue re 7 Motion to Dismiss. Responses due by 2/21/2014 Replies due by 3/14/2014. Motion Hearing continued to 3/28/2014 10:30 AM in Courtroom 5B before Judge M. James Lorenz. Signed by Judge M. James Lorenz on 12/13/2013. (sjt) (Entered: 12/13/2013) |
| 01/06/2014 | 23 | NOTICE *that the Solicitor General has officially approved the participation of the United States in this action* by United States of America re 18 MOTION to Intervene (Attachments: # 1 Proof of Service)(Entwistle, Ann) Modified on 1/7/2014 (sjt). (Entered: 01/06/2014) |
| 01/13/2014 | 24 | NON Opposition re 18 MOTION to Intervene filed by General Information Services, Inc.. (Attachments: # 1 Proof of Service)(Lorch, Gary) (sjt). (Entered: 01/13/2014) |
| 01/13/2014 | 25 | ORDER granting 18 Motion to Intervene and Establishing Briefing Schedule. The Court Certifies that the constitutionality of 15 U.S.C. § 1681c has been challenged in Defendants motion to dismiss. In addition, pursuant to FRCP 5.1 and 24, the Court Grants the United States unopposed motion to intervene. Defendants motion to dismiss is set for hearing on March 28, 2014 at 10:30 a.m. The Court now orders the intervening party, the United States of America, to file its opposition to Defendants motion to dismiss by February 21, 2014. Defendant shall file its reply to the United States of Americas opposition by March 14, 2014. Signed by Judge M. James Lorenz on 1/13/2014. (sjt) (Entered: 01/13/2014) |
| 02/07/2014 | 26 | NOTICE of Appearance by Michael A. Caddell on behalf of Lee Clark, Natalie Dowell, Leo Kidd (Caddell, Michael)Attorney Michael A. Caddell added to party Lee Clark(pty:pla), Attorney Michael A. Caddell added to party Natalie Dowell(pty:pla), Attorney Michael A. Caddell added to party Leo Kidd(pty:pla) (sjt). (Entered: 02/07/2014) |
| 02/07/2014 | 27 | NOTICE of Appearance by Cynthia B Chapman on behalf of Lee Clark, Natalie Dowell, Leo Kidd (Chapman, Cynthia)Attorney Cynthia B Chapman added to party Lee Clark(pty:pla), Attorney Cynthia B Chapman added to party |

| | | |
|---|---|---|
| | | Natalie Dowell(pty:pla), Attorney Cynthia B Chapman added to party Leo Kidd (pty:pla) (sjt). (Entered: 02/07/2014) |
| 02/11/2014 | 28 | MOTION for Partial Summary Judgment by General Information Services, Inc.. (Attachments: # 1 Memo of Points and Authorities, # 2 Declaration of Ross Andre, # 3 Declaration of Jamie Pelchat, # 4 Declaration of John Bitar, # 5 Proof of Service)(Lorch, Gary) (sjt). (Entered: 02/11/2014) |
| 02/12/2014 | 29 | Notice of Document Discrepancies and Order Thereon by Judge M. James Lorenz: Accepting Document, from Defendant General Information Services, Inc., re 28 MOTION for Partial Summary Judgment . Non-compliance with local rule: ECF § 2(k): Exhibits not filed as separate attachments and missing Table of Contents. IT IS HEREBY ORDERED: The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. Signed by Judge M. James Lorenz on 2/12/2014.(sjt) (Entered: 02/12/2014) |
| 02/20/2014 | 30 | RESPONSE in Opposition re 7 MOTION to Dismiss *with Prejudice Count I of the First Amended Complaint* filed by United States of America. (Attachments: # 1 Proof of Service)(Entwistle, Ann) (jpp). (Entered: 02/20/2014) |
| 02/21/2014 | 31 | RESPONSE in Opposition re 7 MOTION to Dismiss *with Prejudice Count I of the First Amended Complaint* filed by Natalie Dowell. (Attachments: # 1 Memo of Points and Authorities, # 2 Exhibit Proposed Order Denying Defendant's Motion to Dismiss)(Fok, Devin) (sjt). (Entered: 02/21/2014) |
| 02/24/2014 | 32 | Notice of Document Discrepancies and Order Thereon by Judge M. James Lorenz: Accepting Document, from Plaintiff Natalie Dowell, re 31 Response in Opposition to Motion,. Non-compliance with local rule(s), ECF 2(h): Includes a proposed order or requires judges signature. IT IS HEREBY ORDERED: The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. Signed by Judge M. James Lorenz on 2/24/2014.(sjt) (Entered: 02/24/2014) |
| 03/14/2014 | 33 | REPLY to Response to Motion re 7 MOTION to Dismiss *with Prejudice Count I of the First Amended Complaint* filed by General Information Services, Inc.. (Attachments: # 1 Proof of Service)(Lorch, Gary) (sjt). (Entered: 03/14/2014) |
| 03/14/2014 | 34 | RESPONSE in Opposition re 28 MOTION for Partial Summary Judgment filed by Natalie Dowell. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Caddell, Michael) (sjt). (Entered: 03/14/2014) |
| 03/17/2014 | 35 | ORDER re; Oral Argument. Defendants motion to dismiss 7 and motion for partial summary judgment 28 are set for hearing on March 28, 2014. The Court finds these motions suitable for determination on the papers submitted and without oral argument under Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required. Signed by Judge M. James Lorenz on 3/17/2014.(sjt) (Entered: 03/17/2014) |
| 03/21/2014 | 36 | REPLY to Response to Motion re 28 MOTION for Partial Summary Judgment filed by General Information Services, Inc.. (Attachments: # 1 Proof of Service)(Lorch, Gary) (sjt). (Entered: 03/21/2014) |
| | | |

| | | |
|---|---|---|
| 03/21/2014 | 37 | Joint Statement of Undisputed Facts by General Information Services, Inc. re 28 MOTION for Partial Summary Judgment (Attachments: # 1 Proof of Service)(Lorch, Gary) (sjt). (Entered: 03/21/2014) |
| 03/31/2014 | 38 | Joint MOTION to Stay re 28 MOTION for Partial Summary Judgment , 7 MOTION to Dismiss *with Prejudice Count I of the First Amended Complaint Pending Settlement Discussions* by Lee Clark, Natalie Dowell, Leo Kidd. (Attachments: # 1 Proof of Service)(Caddell, Michael) (sjt). (Entered: 03/31/2014) |
| 04/07/2014 | 39 | ORDER granting 38 Joint Motion to Stay proceedings to conduct settlement discussions. The parties shall file a joint status update on settlement discussions on or before April 15, 2014. Signed by Judge M. James Lorenz on 4/7/2014. (sjt) (Entered: 04/07/2014) |
| 04/15/2014 | 40 | STATUS REPORT *Update on Settlement Discussions* by General Information Services, Inc.. (Attachments: # 1 Proof of Service)(Hanson, Cindy) (sjt). (Entered: 04/15/2014) |
| 04/24/2014 | 41 | ORDER CONTINUING STAY OF CASE. This matter is currently stayed pending settlement. The parties have provided a status update indicating settlement discussions are ongoing. The parties have also requested that the stay be maintained. Good cause appearing, the Court Stays all proceedings. [Doc. 40.] The parties shall file a joint status update on settlement discussions on or before May 15, 2014. Signed by Judge M. James Lorenz on 4/24/2014.(sjt) (Entered: 04/24/2014) |
| 05/15/2014 | 42 | STATUS REPORT *Update on Settlement Discussions* by General Information Services, Inc.. (Attachments: # 1 Proof of Service)(Lorch, Gary) (jpp). (Entered: 05/15/2014) |
| 06/02/2014 | 43 | Joint MOTION to Change Venue */Transfer Case* by General Information Services, Inc.. (Attachments: # 1 Proof of Service)(Lorch, Gary)(sjt). (Entered: 06/02/2014) |
| 06/10/2014 | 44 | Case transferred to District of Eastern District of Pennsylvania. Files transferred electronically to: *District of Eastern District of Pennsylvania*.*601 Market Street, Room 2609**Philadelphia, PA 19106-1797*. Signed by Judge M. James Lorenz on 6/10/2014. (Attachments: # 1 Transfer Order) (sjt) (Entered: 06/10/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/11/2014 06:07:56 | | | |
| PACER Login: | uf0644 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:13-cv-02581-L-BGS |
| Billable Pages: | 7 | Cost: | 0.70 |